# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **TREVA SUDELL JONES,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS,INC.,** | CASE NO: 17-1165-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on February 22, 2019, this cause is hereby DISMISSED with prejudice as to the class action claims and (ii) the dismissal of the Plaintiff's individual claims without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/25/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk